IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL LAFORTUNE,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00524-BH-B |
| | : | |
| **DAVID O. STREIFF,**[1] *et al.*, | : | |
| Respondents. | : | |
| | : | |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised[2], and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** this 7th day of February, 2007.

                                                                     s/ W. B. Hand
                                                                SENIOR DISTRICT JUDGE

---

[1] William Bateman is no longer the Warden of the Perry County Correctional Center. Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, the new Warden of that facility, is hereby substituted for Bateman as a proper Respondent to this action.

[2] Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable, petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.